

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00318-CV

| | | |
|---|---|---|
| Will Williams | § | From the 67th District Court |
| | § | of Tarrant County (067-258784-12) |
| v. | § | June 13, 2013 |
| America First Lloyds Insurance | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Will Williams shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM